CORNELIA M. STEWART, Respondent, *v.* JOHN McCOOL, Impleaded, etc., Appellant.

(Argued December 11, 1877; decided December 18, 1877.)

*A. T. Compton*, for appellant.

*Henry H. Rice*, for respondent.

Agree to dismiss appeal.  No opinion.
All concur.
Appeal dismissed.

---

EDWIN WILSON, Respondent, *v.* JAMES VAN PELT, Appellant.

(Argued December 12, 1877; decided December 21, 1877.)

THIS case was disposed of principally upon the facts; some questions as to the reception and rejection of evidence were decided, but nothing of any general interest

*H. V. Howland*, for appellant.

*J. T. M. Davie*, for respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.